# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA LYN CARREON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ED F. EDWARDS AND SUSAN L. EDWARDS, JANELLE ST. PIERRE, AND BRITANY LYNN DICKERSON<br><br>　　　　　Defendants. | Case No. _ 2:19−CV−01879−TLN−JDP<br><br>**ORDER DEEMING SECOND AMENDED COMPLAINT TIMELY FILED** |

　　The Court has reviewed the plaintiff's response to the Order to Show Cause (Docket # 22), and the plaintiff's accompanying motion pursuant to F.R.Civ.P. 6(b) for an order deeming the Second Amended Complaint ("SAC") timely filed on November 6, 2021.

　　Plaintiff's counsel has averred that until the night of November 5, 2021, he and his client had no knowledge of the Court's Docket # 21 Order to file the SAC, due to an email classification error that concealed from view the Court's email linking to the Docket # 21 Order. The Court finds that this error is excusable; accordingly, plaintiff's motion is GRANTED. The SAC is deemed timely filed November 6, 2021.

　　Defendants shall file a responsive pleading not later than twenty-one (21) days after the electronic filing date of this Order.

Dated: November 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge