# EXHIBIT 1

Janelle G. St. Pierre
Email: stpierrejanelle@gmail.com
**Foreclosure Specialists,**
**A General Partnership**
Janelle St. Pierre / Partner
P.O. Box 994465
Redding, California 96099-4465
Telephone:     530-246-2727


**Pro per**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tara Lyn Carreon** | **CASE NO.  2:19-CV-01879-TLN-JDP** |
| **Plaintiff,** | **DEFENDANT JANELLE ST. PIERRE ANSWER TO COMPLAINT** |
| **vs.** | **COMPLAINT FILED – NOVEMBER 6, 2021** |
| **ED F. EDWARDS, SUSAN L. EDWARDS, JANELLE ST. PIERRE and BRITANY LYNN DICKERSON** | |
| **Defendants.** | |

COMES NOW DEFENDANT JANELLE ST.  PIERRE, (hereinafter referred to as "ST. PIERRE), individually,  and  as  General  Partner  of  Foreclosure  Specialists,  a  General Partnership, in answer to the Complaint on file herein and on each cause of action therein stated, denies and alleges as follows:

This Defendant, ST. PIERRE denies each and every, all and singular, the allegations contained in said Complaint against Defendant St. Pierre and Foreclosure Specialists, a General Partnership, and each purported cause of action therein contained.

I make these affirmative defenses, based on personal knowledge.

Defendant, St. Pierre, in answer to the Second Amended Complaint, on file herein and on each cause of action therein stated, denies and alleges as follows:

1

2   The answering defendant, St. Pierre, denies any and all allegations contained in said Second

3   Amended Complaint against Defendant St. Pierre and Foreclosure Specialists, a General

4   Partnership, and each purported cause of action therein contained, due to the fact that

5   Defendant St. Pierre, and Foreclosure Specialists, a General Partnership, had no knowledge of,

6   nor was involved in any way with the allegations claimed against defendant Ed F. Edwards,

7   Susan L. Edwards, and Britany Lynn Dickerson, and the fact that the Non-Judicial Foreclosure

8   conducted by defendant St. Pierre, General Partner of Foreclosure Specialists, a General

9   Partnership, was done per statute.

10

11   **AFFIRMATIVE DEFENSES**

12   FIRST AFFIRMATIVE DEFENSE BY DEFENDANT, ST. PIERRE

13   To the "First Claim for Relief against the Edwards Defendants and St. Pierre for deprivation of

14   due process"

15   The Defendant, Edwards, retained Foreclosure Specialists, a General Partnership to perform a

16   Non-Judicial foreclosure on the Note and Deed of Trust, (Exhibit "A" herein), on property

17   located in Shasta County, Assessor's Parcel Number 019-390-063.

18   The Non-Judicial foreclosure was performed per statute.

19   Required notice was given to the Plaintiff, Tara Lyn Carreon, in the manner prescribed by

20   statute, in the following manner:

21   A) Recording of the Notice of Default on 9/4/18, and subsequent mailing of the Notice of

22       Default on 9/10/18, by Certified and First Class Mail, to the only address known to

23       Defendant St. Pierre and Foreclosure Specialists, a General Partnership, for the

24       Plaintiff, Tara Lyn Carreon.

25       See attached Affidavit of Mailing, (Exhibit "B" herein).

26       The Certified mail notices were returned unclaimed. (See attached Exhibit "C" herein).

27   B) Recording of the Substitution of Trustee and Notice of Trustee's Sale on 12/27/18, and

28

1  Mailing of the Substitution of Trustee and Notice of Trustee's Sale on 12/26/18, again, by

2  Certified and First Class mail, to the only address known to Defendant St. Pierre and

3  Foreclosure Specialists, a General Partnership, for Plaintiff, Tara Lyn Carreon.

4  See attached Affidavit of Mailing, (Exhibit "D" herein).

5  Once again, the Certified mail notices were returned unclaimed. (See Exhibit "E" herein).

6  C) A copy of the Notice of Trustee's Sale was posted on the property, and on the bulletin

7  board at the Shasta County Courthouse on 12/27/18

8  See attached Posting Affidavit. Exhibit "F" herein).

9  D) A copy of the Notice of Trustee's Sale was published in the court adjudicated

10  newspaper, The Intermountain News, on 1/2/19; 1/9/19, and 1/16/19.

11  See attached Proof of Publication. (Exhibit "G" herein).

12

13  Proper notice was given to Plaintiff, Tara Lyn Carreon, per statute.

14

15  As to the alleged marijuana grow, Defendant St. Pierre and Foreclosure Specialists, a General

16  Partnership, had, and has no knowledge, or has ever been involved in this matter in any way.

17

18  SECOND AFFIRMATIVE DEFENSE BY DEFENDANT ST. PIERRE

19  To the "Second Claim for Relief-Action to set aside fraudulent real estate transfer against the

20  Edwards Defendants, St. Pierre and Dickerson"

21

22  Defendant St. Pierre and Foreclosure Specialists, a General Partnership, never had any

23  involvement or knowledge of Plaintiff, Tara Lyn Carreon's claim against Defendant Edwards

24  for breach of contract, marijuana issues or any other issues pertaining to thr physical condition

25  of the property, nor was Defendant, St. Pierre and Foreclosure Specialists, a General

26  Partnership, aware of, or had any knowledge of any written notice or request for rescission

27  allegedly given or discussed with Defendant, Edwards.

28

*Defendant St. Pierre's answer to Complaint*

1   The Non-Judicial foreclosure conducted by Defendant St. Pierre, General Partner of

2   Foreclosure Specialists, a General Partnership, was conducted per statute, and was certainly not

3   done "in secret". I refer back to the proof of notifications shown in the First Affirmative

4   Defense by Defendant St. Pierre, Exhibits "A" through "G" herein.

5   Defendant St. Pierre and Foreclosure Specialists, a General Partnership, was not a part of, nor

6   had any knowledge of the transfer to Defendant Britany Lynn Dickerson.

7

8              THIRD AFFIRMATIVE DEFENSE BY DEFENDANT ST. PIERRE

9   To the "Third Claim for relief-Cal. Penal Code 496©-Against the Edwards Defendants, St.

10                              Pierre, and Dickerson".

11  The Non-Judicial foreclosure conducted by Defendant St. Pierre, General Partner of

12  Foreclosure Specialists, a General Partnership, was in no way done in "secret", or "fraudulent".

13  Nor was the foreclosure "concealed" in any way. Again, I refer back to the proof of

14  notifications shown in the First Affirmative Defense by St Pierre, Exhibits "A" through "G"

15  herein.

16  Defendant, St. Pierre, General Partner of Foreclosure Specialists, a General Partnership,

17  performed its duty as Trustee by statute, and was not involved, nor had any knowledge of any

18  marijuana issues on the property, any communication, complaints, breach of contract, or any

19  request for rescission between Defendants Edwards and Plaintiff, Tara Lyn Carreon.

20

21              THIRD AFFIRMATIVE DEFENSE BY DEFENDANT ST. PIERRE

22  To the "Fifth Claim for relief-Intentional Infliction of emotional distress against the Edwards

23                          Defendants and St. Pierre"

24  Defendant, St. Pierre and Foreclosure Specialists, a General Partnership, was not involved, and

25  had no knowledge of any of the alleged claims made by Plaintiff, Tara Lyn Carreon, regarding

26  breach of contract, rescissions, marijuana issues, or any other notices allegedly given by

27  Plainfiff, Tara Lynn Carreon, to Defendant Edwards, regarding these matters.

28  Again, the Non-Judicial foreclosure was not done in "secret" or concealed in any way.

1   See proof of notifications shown in the First Affirmative Defense by St. Pierre, Exhibits "A"

2   through "G" herein.

3

4               FOURTH AFFIRMATIVE DEFENSE BY DEFENDANT ST. PIERRE

5        To the "Sixth Claim for Relief against the Edwards Defendants, St. Pierre, and Dickerson"

6   Defendant St. Pierre and Foreclosure Specialists, a General Partnership, was not involved and

7   had no knowledge of any claims made by Plaintiff, Tara Lyn Carreon, regarding contracts,

8   rescissions of contracts, or marijuana grow busts. Defendant St. Pierre, General Partner of

9   Foreclosure Specialists, a General Partnership, conducted a Non-Judicial foreclosure according

10  to statute.

11  There was no intent by Defendant St. Pierre and Foreclosure Specialists, a General Partnership,

12  to defraud Plaintiff, Tara Lyn Carreon, or to "hide" or "conceal" the Non-Judicial foreclosure

13  from Plaintiff, Tara Lyn Carreon.

14  See proof of notifications shown in the First Affirmative Defense by Defendant St. Pierre,

15  Exhibits "A" through "G", herein.

16

17                                  PRAYER

18               WHEREFORE, the Defendant, St. Pierre prays:

19  That Plaintiff, Tara Lyn Carreon, take nothing by the Second Amended Complaint or any of the

20  causes of action therein alleged against Defendant St. Pierre and Foreclosure Specialists, a

21  General Partnership.

22

23  I declare under penalty of perjury under the laws of the State of California that the foregoing is

24  true and correct. Executed this 14th day of January, 2022 at Bullhead City, Arizona.

25

26

27

28

Janelle St. Pierre

*Defendant St. Pierre's answer to Complaint*          Page | 5

# EXHIBIT "A"

**DO NOT DESTROY THIS NOTE:** When paid, this note and the Deed of Trust must be surrendered to Placer Title Company with request for reconveyance.

## ALL INCLUSIVE PROMISSORY NOTE

$63,000.00                                                    Redding, California
6% & 10.00%                                                   May 19, 2015

In installments at the times hereinafter stated, for value received, Tara Lyn Carreon, a married woman, promises to pay to Ed F. Edwards and Susan L. Edwards, husband and wife as joint tennants, or order, at P. O. Box 1919, Crescent City, CA 95531 , or at such other place as holder may from time to time designate, the principal sum of Sixty Three Thousand and NO/100THS DOLLARS ($63,000), with interest from: May 19, 2015, through April 18, 2015, at the rate of 6% percent per annum, in the amount of $315.00 per month, (calculated on the basis of a 360-day year), is interest only at the rate of 6% for the first 12 monthly payments on the remaining unpaid principal balance. Commencing June 19, 2016, the interest rate shall be 10.00% percent per annum (calculated on the basis of a 360-day year) on the remaining unpaid balance.

Principal and interest shall be due and payable in lawful money of the United States of America without set-off, deduction, or counterclaim, in monthly installments of **$886.96 including said 10% (per annum)**, or more and due on the ____19th____ day of each and every month, commencing May 19, 2016, until said principal sum has been fully paid. AT ANY TIME, THE PRIVILEGE IS RESERVED TO PAY MORE THAN THE SUM DUE.

The Principal amount of this note includes:

The present unpaid balance of $75,212.00, is an existing blanket encumbrance (note secured by a deed of trust) in the original amount of $75,212.00 which covers this and other parcels of land and which said debt remains the obligation of the payee and on which there is a release clause in the amount of $25,000.00 to fully release the property being purchased herein.

The undersigned acknowledges that late payments will cause holder to incur costs not contemplated by this loan. Such costs include, without limitation, processing, accounting, and administrative charges. If any installment is not received by holder within ten (10) days of when said installment is due, the undersigned shall pay an additional sum equal to six percent (10%) of the installment due.

The following provision appears in the Deed of Trust securing this note and is incorporated herein:

If the Trustor shall convey or alienate said property or any part thereof or any interest therein or shall be divested of his title in any manner or way, whether voluntary or involuntary any indebtedness or obligation secured hereby, irrespective of the maturity date expressed in any note evidencing the same, at the option of the holder hereof and without demand or notice shall become due and payable immediately.

Each payment shall be credited to the payment of any late charges due, next to the payment of any interest then due, then to the reduction of the principal balance. Should default be made in the payment of any installments when due, then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Should suit be commenced to collect this note or any portion thereof, such sum as the Court may deem reasonable shall be added hereto as attorney's fees. This note is secured by a certain DEED OF TRUST to PLACER TITLE COMPANY, a California corporation, as TRUSTEE.

COPY

_____
Tara Lyn Carreon

RECORDING REQUESTED BY

Ed F. Edwards

When Recorded Mail To:

Ed F. Edwards
P. O. Box 1919
Crescent City, CA 95531

**2015-0015264**

| | |
|---|---|
| Recorded | REC FEE    45.00 |
| Official Records | OR CERTIFIED C 27.00 |
| County of | OA FRAUD-EXEMPT 0.00 |
| Shasta | |
| Leslie Morgan | |
| Assessor-Recorder | |
| 02:29PM 29-May-2015 | KH |
| | Page 1 of 6 |

_____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST WITH ASSIGNMENT OF RENTS
### (With Acceleration Clause)

This DEED OF TRUST, made May 19, 2015, between Tara Lyn Carreon, a married woman

herein called TRUSTOR, whose address is   2165 Avenida Planeta, Tuscon, AZ 85710

Placer Title Company, a California corporation, herein called TRUSTEE, and Ed F. Edwards and Susan L. Edwards, husband and wife as joint tenants herein called BENEFICIARY, WITNESSETH:

That Trustor grants to Trustee in Trust, with Power of Sale, that property in the unincorporated area, County of Shasta, State of California, described as:
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR PROPERTY DESCRIPTION.

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing (1) Payment of the sum of  Sixty three thousand and 00/100 ($63,000.00) with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, and (2) the performance of each agreement of Trustor incorporated by reference or contained herein (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

If the Trustor shall convey or alienate said property or any part thereof or any interest therein or shall be divested of his title in any manner or way, whether voluntary or involuntary any indebtedness or obligation secured hereby, irrespective of the maturity date expressed in any note evidencing the same, at the option of the holder hereof and without demand or notice shall become due and payable immediately.

*DeedTrustAccelerationPlacerTitle*

- 1 -

.B.  It is mutually agreed:

(1)  That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided or disposition of proceeds of fire or other insurance.

(2)  That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(3)  That at any time or from time to time, without liability therefor and without notice, upon written request of beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(4)  That upon written request of Beneficiary stating all sums secured hereby have been paid, and surrender of this Deed and said Note to Trustee for cancellation and retention or other disposition as Trustee in its sole discretion may choose and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder.  The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof.  The Grantee in such reconveyance may be described as "the person or persons legally entitled thereto."

(5)  That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable.  Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine.  The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(6)  That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record.  Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and placed fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for

DeedTrustAccelerationPlacerTitle

- 3 -

Signature of Trustor

*Tara Lyn Carreon*

Tara Lyn Carreon

Dated : 5/27/15

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ~~CALIFORNIA~~ Arizona                  )
COUNTY OF Pima                                    )

On 08/27/2015          before me, Edward G Morrissey                  , Notary Public,
personally appeared
Tara Lyn Carreon

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature Edward G Morrissey                  (Seal)

EDWARD G. MORRISSEY
Notary Public - Arizona
Pima County
My Comm. Expires Mar 29, 2016

# EXHIBIT "B"

# AFFIDAVIT OF MAILING

TRUSTEE'S SALE NUMBER _____18-2574_____

_____ Substitution & Dec.
__X___ Notice of Default
_____ Languges
_____ Notice of Trustee's Sale
_____ Other:

I, Janelle St. Pierre, declare:

THAT I AM AN EMPLOYEE OF FORECLOSURE SPECIALISTS, a General Partnership, WHOSE BUSINESS ADDRESS IS 1246 East St. Ste 6 Redding, CA 96001

I AM OVER THE AGE OF EIGHTEEN YEARS; ON _9_ / 10_ / 18___ BY CERTIFIED AND FIRST CLASS MAIL, ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, I CAUSED TO BE DEPOSITED IN THE UNITED STATES MAIL AT REDDING, CALIFORNIA NOTICES, A TRUE AND CORRECT COPY OF WHICH IS HEREUNTO ATTACHED AND MADE A PART HEREOF, ADDRESSED TO THE FOLLOWING.

I CERTFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

# OF PIECES MAILED __2__

*Janelle St. Pierre*

Tara Lyn Carreon  18-2574
2165 Avenida Planeta
Tuscon, AZ 85710

C⁻ ˙ of Document Recorded
1:⌣⌣PM 4-Sep-2018 2018-0024534
Has not been compared with
original
SHASTA COUNTY RECORDER

RECORDED AT THE REQUEST OF:

Foreclosure Specialists



AND WHEN RECORDED MAIL TO:

FORECLOSURE SPECIALISTS
P.O. BOX 994465
REDDING, CA 96099-4465

TS #    18-2574
APN:    019-390-063

COMPLIANCE WITH CALIFORNIA CIVIL CODE SECTION 2923.3 WAS NOT REQUIRED BECAUSE THE LOAN
WAS SECURED BY VACANT LAND.

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN
YOUR PAYMENTS, IT MAY BE SOLD  WITHOUT ANY COURT ACTION  and
you may have the legal right to bring your account in good standing by paying all of  your past due
payments plus permitted costs and expenses within the time permitted by law for reinstatement of
your account which is normally five business days prior to the date set for the sale of your property.
No sale date may be set until approximately 90 days from the date this notice of default may be
recorded (which date of recordation appears on this notice).**

This amount is **$ 33,384.08** as of **9/4/18**, and will increase until your account becomes current.

**While your property is in foreclosure, you still must pay other obligations (such as insurance and
taxes) required by your note and deed of  trust or mortgage.  If you fail to make future payments on
the loan, pay taxes on the property, provide insurance on the property or pay other obligations as
required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that
you do so in order to reinstate your account  in good standing.   In addition, the beneficiary or
mortgagee may require as a condition to reinstatement that you provide reliable written evidence
that you paid all senior liens, property taxes and hazard insurance premiums.**

**Upon your written request, the beneficiary or mortgagee will give you a written itemization of the
entire amount you must pay.  You may not have to pay the entire unpaid portion of your account,
even though full payment was demanded, but you must pay all amounts in default at the time
payment is made.    However, you and your beneficiary or mortgagee may mutually agree in
writing prior to the time the notice of sale is posted (which may not be earlier than three months
after this notice of default is recorded) to, among other things, (1) provide additional time in which
to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments
in order to cure your default; or both (1) and (2).**

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Name of Beneficiary or Mortgagee:  Ed F. Edwards and Susan L. Edwards,
C/O Foreclosure Specialists, 1246 East Street, Suite 6, Redding, CA 96001
Telephone:  530-246-2727; Toll Free: 844-333-6766

If you have any questions, you should contact a lawyer or the Governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

## Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN:  **Placer Title Company, a California Corporation,** is duly appointed Trustee under a Deed of Trust dated **5/19/15,** executed by **Tara Lyn Carreon, a married woman,** as Trustor, to secure certain obligations in favor of **Ed F. Edwards and Susan L. Edwards, husband and wife, as Joint Tenants,** as Beneficiary, recorded on **5/29/15,** as Instrument **#2015-0015264** of Official Records of the Recorder of **Shasta** County, California, describing the land therein as:

### AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

Said obligations including one All Inclusive note(s) for the original principal sum of **$ 63,000.00.**

That a breach of, and default in, the obligations for which such Deed of Trust has occurred in that payment has not been made of:

**FAILURE TO PAY MONTHLY INSTALLMENT(S) OF INTEREST WHEN DUE ON AUGUST 19, 2015, THROUGH MAY 19, 2016;
FAILURE TO PAY MONTHLY INSTALLMENT(S) OF PRINCIPAL AND INTEREST WHEN DUE ON JUNE 19, 2016, AND ALL SUBSEQUENT MONTHLY INSTALLMENTS OF PRINCIPAL AND INTEREST WHEN DUE, TOGETHER WITH LATE CHARGES, ADVANCES TO SENIOR LIENS, INTEREST, INSURANCE, TAXES AND ASSESSMENTS. FAILURE TO KEEP PROPERTY TAXES CURRENT, THEREBY CAUSING THE BENEFICIARY TO ADVANCE FUNDS FOR SAID DELINQUENT PROPERTY TAXES, TOGETHER WITH INTEREST THEREON FROM THE DATE OF SAID ADVANCE. DELINQUENT TAXES AND/OR INSURANCE PREMIUMS TO BE ADVANCED BY THE BENEFICIARY AFTER THE RECORDING OF THE NOTICE OF DEFAULT. TRUSTEE'S FEES, COSTS, AND EXPENSES INCURRED BY THE RECORDING OF THE NOTICE OF DEFAULT.**

That by reason thereof, the undersigned, present beneficiary under such Deed of Trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**See Declaration of Beneficiary attached hereto and made a pa t hereof.**

Foreclosure Specialists is assisting the Beneficiary in collecting a debt. Any and all information obtained may be used for that purpose.

**FORECLOSURE SPECIALISTS  as agent for the beneficiary, Ed F. Edwards and Susan L. Edwards**

By:  Sheena Hunter / Foreclosure Officer
Dated: 9/4/18

# EXHIBIT "C"

Click Here for Assistance

Print Selected Signatures

| | Group | Originator | Recipient | USPS Item Number | Created | Advance Mail Date | Last Status | Options | Selected |
|---|---|---|---|---|---|---|---|---|---|
| Details | Department 1 | Janelle St. Pierre | Tara Lyn Carreon. 18-2574 | 9414810699945034389019 Ref #: 18-2574 | 9/9/2018 | Accepted (9/12/2018 10:04:00 PM) | 9/22/2018 Returned | View Signature | ☐ |

Print Selected Signatures

Print Selected Signatures

| | Group | Originator | Recipient | USPS Item Number | Created | Advance Mail Date | Last Status | Options | Selected |
|---|---|---|---|---|---|---|---|---|---|
| Details | Department 1 | Janelle St. Pierre | Tara Lyn Carreon. 18-2574 | 9414810699945034389019 Ref #: 18-2574 | 9/9/2018 | Accepted (9/12/2018 10:04:00 PM) | 9/22/2018 Returned | View Signature | |

Tracking Search Details

## Status: Delivered

| | |
|---|---|
| Recipient Name: | Tara Lyn Carreon. 18-2574 |
| Company: | |
| Address: | 2165 S AVENIDA PLANETA TUCSON, AZ 85710 |
| Date Sent: | 9/9/2018 2:12 PM |
| Delivery Date: | 9/22/2018 9:55 AM |
| Tracking Number: | 9414810699945034389019 |
| Signed For By: | |
| Return Receipt (Electronic): | View PDF |
| Delivery Information: | View PDF |
| Proof Of Acceptance: | View PDF |
| Proof of Delivery: | View PDF |

September 22, 2018

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8106 9994 5034 3890 19**.

| Item Details | |
|---|---|
| **Status:** | Delivered, To Original Sender |
| **Status Date / Time:** | September 22, 2018, 9:55 am |
| **Location:** | REDDING, CA 96099 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Tara Lyn Carreon    18 2574 |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 1.0oz |

**Recipient Signature**



Signature of Recipient:    Janelle St. Pierre

Address of Recipient:    994465

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Tara Lyn Carreon.  18-2574
2165 S AVENIDA PLANETA
TUCSON, AZ 85710
Reference #: 18-2574

| | |
|---|---|
| Recipient Name: | Tara Lyn Carreon. 18-2574 |
| Company: | |
| Address 1: | 2165 S AVENIDA PLANETA |
| Address 2: | |
| City: | TUCSON |
| State: | AZ |
| Zip: | 85710 |
| Date Sent: | 9/9/2018 2:12 PM |
| Tracking Number: | 9414810699945034389019 |
| Date Delivered: | 9/22/2018 9:55 AM |



## Proof of Acceptance
## (Electronic)


Date:   1/3/2022


Client Name:   Foreclosure Specialists, LLC


Certified with RR(E) item number 94148106999450343889019, addressed to Tara Lyn Carreon.   18-2574


Accepted-September 12, 2018, 10:04 pm, LAS VEGAS NV DISTRIBUTION CENTER,


The item number, time, date, city, state, and zip code is a true extract of information provided by the United States Postal Service to SimpleCertifiedMail.com.


> Tara Lyn Carreon.   18-2574
> 2165 S AVENIDA PLANETA
> TUCSON, AZ 85710
> Reference #: 18-2574
> Group Name: Department 1

The above information is for the sole use of SimpleCertifiedMail.com clients and represents information provided by the United States Postal Service.


**Simple**
CertifiedMail.com
The most effective way to manage
your Certified Mail™

## Proof of Delivery
## (Electronic)

Date:   1/3/2022

Client Name:   Foreclosure Specialists, LLC

Certified with RR(E) item number 9414810699945034389019,
addressed to Tara Lyn Carreon.   18-2574 was designated Returned at
9:55 AM on September 22, 2018 in REDDING, CA 96099.

The item number, time, date, city, state, and zip code is a true extract of
information provided by the United States Postal Service to
SimpleCertifiedMail.com.

> Tara Lyn Carreon.  18-2574
> 2165 S AVENIDA PLANETA
> TUCSON, AZ 85710
> Reference #: 18-2574

The above information is for the sole use of SimpleCertifiedMail.com
clients and represents information provided by the United States Postal
Service.

# EXHIBIT "D"

# AFFIDAVIT OF MAILING

TRUSTEE'S SALE NUMBER ___18-2574_____          __X___Substitution & Dec.
                                                    _____Notice of Default
                                                    _____Languges
                                                    __X___Notice of Trustee's Sale
                                                    _____Other:

I, Sheena Hunter, declare:

THAT I AM AN EMPLOYEE OF FORECLOSURE SPECIALISTS, a General Partnership, WHOSE
BUSINESS ADDRESS IS 1246 East St. Ste 6 Redding, CA 96001

I AM OVER THE AGE OF EIGHTEEN YEARS; ON _12_ / 26__ / _18__  BY CERTIFIED AND FIRST
CLASS MAIL, ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, I
CAUSED TO BE DEPOSITED IN THE UNITED STATES MAIL AT REDDING, CALIFORNIA
NOTICES, A TRUE AND CORRECT COPY OF WHICH IS HEREUNTO ATTACHED AND MADE A
PART HEREOF, ADDRESSED TO THE FOLLOWING.

I CERTFY UNDER PENALTY OF PERJURY UNDER
THE LAWS OF THE STATE OF CALIFORNIA THAT
THE FOREGOING IS TRUE AND CORRECT.

# OF PIECES MAILED  _____          _____

Tara Lyn Carreon  18-2574
2165 Avenida Planeta
Tuscon, AZ 85710

Placer Title Company. 18-2574
2145 Larkspur Lane, Unit A
Redding, CA 96002

(Substitution only sent to Placer Title Company)

COPY of Document Recorded
10:37AM 27-Dec-2018 2018-0036526
Has not been compared with
original
SHASTA COUNTY RECORDER

Recording requested by

Foreclosure Specialists

And when recorded mail to:

Foreclosure Specialists, a General Partnership
P.O.Box 994465
Redding, CA 96099-4465

 COPY

---

TS # 18-2574

## Substitution of Trustee

WHEREAS, Tara Lyn Carreon, a married woman, were the original Trustor, Placer Title Company, a California Corporation, was the original Trustee and Ed F. Edwards and Susan L. Edwards, husband and wife, as Joint Tenants, were the original Beneficiary, under that certain Deed of Trust recorded on 5/29/15 as Document No.2015-0015264 of Official Records of Shasta County, California, and

WHEREAS, the undersigned are all the Beneficiaries under the Deed of Trust and

WHEREAS, the undersigned desires to substitute a new Trustee under the Deed of Trust in the place and stead of the current Trustee thereunder, in the manner provided for in the Deed of Trust.

NOW THEREFORE, the undersigned hereby substitutes Foreclosure Specialists, a General Partnership, whose address is P.O.Box 994465, Redding, CA 96099-4465, as Trustee.

Dated 12-21-18

**Ed F. Edwards**                    **Susan L. Edwards**

*Declaration attached hereto and made a part hereof*

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SHASTA

On Dec.1,2018 before me, D. Burns Notary Public
                                    (insert name and title of the officer)

personally appeared Susan L. Edwards And Edward F. Edwards
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature D. Burns                    (SEAL)

D. BURNS
Commission # 2118745
Notary Public - California
Shasta County
My Comm. Expires Aug 5, 2019



**Foreclosure Specialists**

1246 East Street, Suite 6
Redding, CA   96001

Phone  530-246-2727
Fax      530-246-2723

## Declaration

T.S. #  18-2574

TRUSTOR FROM DEED OF TRUST:   Tara Lyn Carreon, a married woman

I , Sheena Hunter                              , DECLARE THAT : I AM AN OFFICER , AGENT ,

OR EMPLOYEE OF FORECLOSURE SPECIALISTS , WHOSE BUSINESS ADDRESS IS :

1246 EAST STREET, SUITE 6, REDDING, CA 96001

I AM OVER THE AGE OF EIGHTEEN YEARS.      ON     12/26/18   , By First Class and
Certified mail, enclosed in a sealed envelope with postage fully prepaid, I deposited in
the United States Post Office at Redding, California a copy of the attached substitution
of trustee to the trustee of record under the Deed of Trust described in said substitution.

A copy of an attached substitution has been mailed prior to the recording thereof, in the
manner provided in section 2924(b) of the Civil Code of the State of California to all
persons to whom a copy of the Notice of Default would be required to be mailed by the
provisions of said section.

I certify ( or declare ) under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Date :   12/26/18

_____          Sheena Hunter / Foreclosure Officer
                    (Declarant )

RECORDED AT THE REQUEST OF:

Foreclosure Specialists

AND WHEN RECORDED MAIL TO:

FORECLOSURE SPECIALISTS
P.O. Box 994465
REDDING, CA 96099-4465

COPY of Document Recorded
10:37AM 27-Dec-2018 2018-0036529
Has not been compared with
original
SHASTA COUNTY RECORDER

 COPY

TS # 18-2574

COMPLIANCE WITH CALIFORNIA CIVIL CODE SECTION 2923.3 WAS NOT REQUIRED BECAUSE THE LOAN WAS SECURED BY VACANT LAND.

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED: 5/19/15. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee, as shown below, all right, title and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

**TRUSTOR: Tara Lyn Carreon, a married woman**

**DULY APPOINTED TRUSTEE:     Foreclosure Specialists, a General Partnership**

**RECORDED: 5/29/15          AS INSTRUMENT NO. 2015-0015264**

of Official Records in the office of the Recorder of  Shasta County, California.

**DATE OF SALE: Wednesday, January 23, 2019 at 10:00 AM**

**PLACE OF SALE: On the front steps of the County Courthouse, 1500 Court St., Redding, CA 96001**

**THE COMMON DESIGNATION OF THE PROPERTY IS PURPORTED TO BE: Vacant Land-Directions to the property may be obtained pursuant to a written request submitted to the Beneficiary, Ed F. Edwards and Susan L. Edwards, within 10 days from the first publication of this notice at P.O. Box 994465, Redding, CA 96099-4465.**

**See Exhibit "A" attached hereto and made a part hereof for Legal Description.**

APN:   019-390-063

Amount of unpaid balance and other charges: $91,249.14

Beneficiary may elect to open bidding at a lesser amount.

The total amount secured by said instrument as of the time of initial publication of this notice is stated above, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses and advances at the time of initial publication of this notice.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to fee and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call the trustee's information line at **530-246-2727; Toll Free: 844-333-6766**, or visit this Internet Web site: **calforeclosures.biz**, using the file number assigned to this case: TS # 18-2574. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

DATE: 12/20/18

FORECLOSURE SPECIALISTS
P.O. Box 994465
REDDING, CA 96099-4465
530-246-2727; Toll Free: 844-333-6766

Janelle St. Pierre / Manager

Foreclosure Specialists is assisting the Beneficiary in collecting a debt. Any and all information obtained may be used for that purpose.

Exhibit "A"

Legal Description

All that certain real property situate in Section 34, Township 36 North, Range 5 West, M.D.B.&M., in the unincorporated territory of the county of Shasta, State of California, described as follows:

All that real property in the West one half of the Northeast one-quarter of said Section 34.

EXCEPTING THEREFROM all that real property lying northerly of the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records.

ALSO EXCEPTING THEREFROM all that portion lying easterly of the Westerly line of Lot 17, Block 17 as shown on that certain "Map of the Town of Delta" recorded on April 12, 1895 in Book of Old Plats at page 56, Shasta County Records, and the northerly extension of said Westerly line to a point on the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records and the southerly extension of the Westerly line of said Lot 17 to a point on the North line of Parcel 1 as described in the Deed to the State of California, recorded December 1, 1972 in Book 1147 of Official Records at page 316, Shasta County Records.

ALSO EXCEPTING THEREFROM all that portion lying southerly of the north line of that certain 20' alleyway within Block 17 and its westerly extension to the West line of the West one half of the Northeast one-quarter of said Section 34.

ALSO EXCEPTING THEREFROM all that portion lying westerly of the northerly extension of the West property line of Lot 2, Block 18 as shown on that certain "Map of the Town of Delta" recorded on April 12, 1895 in Book of Old Plats at page 56, Shasta County Records to a point on the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records.

# EXHIBIT "E"

Click here for Assistance

Print Selected Signatures

| | Group | Originator | Recipient | USPS Item Number | Created | Advance Mail Date | Last Status | Options | Selected |
|---|---|---|---|---|---|---|---|---|---|
| Details | Department 1 | Sheena Hunter | Tara Lyn Carreon 18-2574 | 9407110699945037420079 | 12/26/2018 | Accepted (12/26/2018 9:23:00 PM) | 1/3/2019 Returned | View Delivery | |

Print Selected Signatures

Click here for Assistance

Print Selected Signatures

| | Group | Originator | Recipient | USPS Item Number | Created | Advance Mail Date | Last Status | Options | Selected |
|---|---|---|---|---|---|---|---|---|---|
| Details | Department 1 | Sheena Hunter | Tara Lyn Carreon 18-2574 | 940711069994503742009 | 12/26/2018 | Accepted (12/26/2018 9:23:00 PM) | 1/3/2019 Returned | View Delivery | |

Print Selected Signatures

Tracking Search Details

## Status: Delivered

| | |
|---|---|
| Recipient Name: | Tara Lyn Carreon 18-2574 |
| Company: | |
| Address: | 2165 S AVENIDA PLANETA TUCSON, AZ 85710 |
| Date Sent: | 12/26/2018 1:22 PM |
| Delivery Date: | 1/3/2019 9:21 AM |
| Tracking Number: | 940711069994503742009 |
| Signed For By: | |
| Delivery Information: | View PDF |
| Proof Of Acceptance: | View PDF |
| Proof of Delivery: | View PDF |

| Recipient Name: | Tara Lyn Carreon 18-2574 |
| Company: | |
| Address 1: | 2165 S AVENIDA PLANETA |
| Address 2: | |
| City: | TUCSON |
| State: | AZ |
| Zip: | 85710 |
| Date Sent: | 12/26/2018 1:22 PM |
| Tracking Number: | 9407110699945037420079 |
| Date Delivered: | 1/3/2019 9:21 AM |


Simple
CertifiedMail.com

## Proof of Acceptance
## (Electronic)

Date:   12/29/2021

Client Name:   Foreclosure Specialists, LLC

Certified item number 9407110699945037420079, addressed to Tara Lyn Carreon 18-2574

Accepted at USPS Origin Facility-December 26, 2018, 9:23 pm, REDDING, CA 96002

The item number, time, date, city, state, and zip code is a true extract of information provided by the United States Postal Service to SimpleCertifiedMail.com.

Tara Lyn Carreon 18-2574
2165 S AVENIDA PLANETA
TUCSON, AZ 85710
Group Name: Department

The above information is for the sole use of SimpleCertifiedMail.com clients and represents information provided by the United States Postal Service.



Simple
CertifiedMail.com
The most effective way to manage
your Certified Mail™

## Proof of Delivery
## (Electronic)

Date:  12/29/2021

Client Name:  Foreclosure Specialists, LLC

Certified item number 9407110699945037420079, addressed to Tara
Lyn Carreon 18-2574 was designated Returned at 9:21 AM on January
03, 2019 in REDDING, CA 96099.

The item number, time, date, city, state, and zip code is a true extract of
information provided by the United States Postal Service to
SimpleCertifiedMail.com.

Tara Lyn Carreon 18-2574
2165 S AVENIDA PLANETA
TUCSON, AZ 85710

The above information is for the sole use of SimpleCertifiedMail.com
clients and represents information provided by the United States Postal
Service.