# EXHIBIT 2

| | |
|---|---|
| SWANSON LAW OFFICE<br>JEFFERY J. SWANSON (#155118)<br>MARK D. NORCROSS (#130345)<br>2515 Park Marina Drive, Suite 102<br>Redding, California 96001<br>Telephone: (530) 225-8773<br>Facsimile: (530) 232-2772<br><br>Attorneys for ED F. EDWARDS and<br>SUSAN L. EDWARDS. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA LYN CARREON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ED F. EDWARDS and SUSAN L. EDWARDS,<br><br>　　　　Defendants. | Case Number: 2:19-CV-01879 TLN-EFB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[Filed Concurrently with Defendants' Notice of Motion and Motion to Dismiss and Memorandum of Points and Authorities In Support of Motion to Dismiss]**<br><br>**DATE: February 6, 2020**<br>**TIME: 2 p.m.**<br>**COURT ROOM 2** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Pursuant to Federal Rule of Evidence 201, Defendants Ed. F. Edwards and Susan L. Edwards ("Edwards") hereby request the Court take judicial notice, of the following documents, attached as Exhibits A-C, in support of Edwards' Motion to Dismiss the First Amended Complaint, of the following documents in connection with the concurrently filed Motion to Dismiss:

1.  Shasta County's Notice of Noncompliance for the subject property recorded in the Official Records of the County of Shasta on January 14, 2015 as document number 2015-0000923. A true, correct and certified copy of the Notice of Noncompliance is attached hereto as Exhibit A.

2.  A Trustee's Deed Upon Sale conveying the subject property to Ed. F. Edwards and Susan L. Edwards, recorded in the Official Records of the County of Shasta on January 24, 2019, as document number 2019-0002040. A true, correct and certified copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit B.

3.  A Grant Deed conveying the subject property from Ed F. Edwards and Susan L. Edwards to Britany Lynn Dickerson, dated March 5, 2019, and recorded in the Official Records of the County of Shasta on Marcy 5, 2019, as document number 2019-0005756. A true, correct and certified copy of the Grant Deed is attached hereto as Exhibit C.

When ruling on a 12(b)(6) motion, a court may look beyond the pleadings "at documents incorporated by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makro & Rights, Ltd., 127 S. Ct. 2499, 2509 (2007).* Under Federal Rule of Evidence 201, judicial notice is proper when a fact is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *Wible v. Aetna Life Ins. Co., 375 F. Supp. 2d 956, 966 (C.D. Cal. 2005); Fed. R. Evid. 201*. A Court may take judicial notice of a matter of public record. *Moore v. Navarro*, 2004 U.S. Dist. LEXIS 6039, *5 (N.D. Cal. Mar. 31, 2004.)

**Exhibit A Notice of Noncompliance**

Exhibit A is the same Notice of Noncompliance referenced in paragraph 15 of the First Amended Complaint ("FAC"), identified both in the Mutual Purchase Sale Agreement attached as Exhibit 1 to the FAC, at page 3, paragraph 14, and page 4, paragraph 17, and in the Preliminary Title Report, attached as Exhibit B to Exhibit 1 of the FAC, at page 6, item 16. The Notice of Noncompliance is integral to Plaintiff's First Amended Complaint and may be considered without converting the 12(b)(6) motion for summary judgment. *See Parrino v. FHP, Inc.*, 146 F.3d 699, 706 n.4 (9th Cir. 1998), superseded by statute on other grounds as recognized

1  by *Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 681 (9th Cir. 2006). "We therefore hold
2  that a district court ruling on a motion to dismiss may consider a document the authen5ticiy of
3  which is not contested, and upon which the plaintiff's complaint necessarily relies." (Id., at 706.)

4  Because Plaintiff's FAC and attached exhibits reference the Notice of Noncompliance,
5  and the Notice itself is a matter of public record, the Court may take judicial notice of the
6  document and the facts set forth therein, including that the property as of January 12, 2015 "may
7  not comply with Shasta County Code Section(s) because" of unpermitted structures on the
8  property, grading without a permit, marijuana cultivation, illegal refuse dump, illegal burning,
9  garbage, and public nuisance. The Court may take judicial notice that the Notice of
10 Noncompliance and the statements therein concerning the property were known to Plaintiff prior
11 to her purchase insofar as it was referenced in her Purchase Agreement (FAC Ex. 1) and in the
12 Preliminary Report attached as Exhibit B to FAC Exhibit 1. The statements in the Notice of
13 Noncompliance and the fact that the Notice was a matter of public record prior to Plaintiff's
14 purchase is not subject to reasonable dispute.

**Exhibit B Trustee's Deed Upon Sale**

16 Exhibit B is a Trustee's Deed Upon Sale following a non-judicial foreclosure and
17 resulting trustee's sale of the subject property at public auction on January 9, 2019. The
18 Trustee's Deed of Sale establishes that the subject property was foreclosed upon after Plaintiff
19 ceased paying on the note given to Defendants and secured by deed of trust (as alleged in FAC ¶
20 23). The Court may take judicial notice that the subject property was foreclosed upon and sold at
21 public auction on January 9, 2019, as set forth in the Trustee's Deed Upon Sale, and that
22 Defendants Ed F. Edwards and Susan L. Edwards were the grantees under that deed. The
23 Trustee's Deed Upon Sale is a matter of public record and is not subject to reasonable dispute.

**Exhibit C Grant Deed to Britany Lynn Dickerson**

25 Exhibit C is a Grant Deed in which Defendants Ed F. Edwards and Susan L. Edwards
26 Grant the subject property to Britany Lynn Dickerson. The Grant Deed establishes that the
27 subject property was conveyed to Britany Lynn Dickerson and is not owned by Plaintiff or by the
28 Defendants. The Court may take judicial notice that the subject property was transferred to Ms.

-3-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Dickerson by Defendants Ed F. Edwards and Susan L. Edwards by the Grant Deed. The Grant Deed is a matter of public record and is not subject to reasonable dispute.

Dated: December 30, 2019                    SWANSON LAW OFFICE

                                                By:  /s/ Jeffery J. Swanson
                                                   Jeffery J. Swanson
                                                   Attorneys for Defendants
                                                   Ed F. Edwards and Susan L. Edwards

Exhibit 2, page 005

**EXHIBIT A**

2015-0000923

| | |
|---|---|
| Recorded Official Records County of Shasta Leslie Morgan Assessor-Recorder | REC FEE 0.00 CONFORMED COPY 0.00 |
| 10:37AM 14-Jan-2015 | LB Page 1 of 1 |

RECORDING REQUESTED BY:
NAME:
WHEN RECORDED, RETURN TO:
COUNTY OF SHASTA
DEPARTMENT OF RESOURCE MANAGEMENT
BUILDING DIVISION
NOTICE OF NON-COMPLIANCE

I NF LO CC

ASSESSOR'S PARCEL NO:   019-390-063-000     VIOLATION OR PERMIT: V14-349
JOB ADDRESS: DELTA SCHOOL ROAD, CASTELLA
OWNER'S NAME (from latest current assessment roll):   EDWARDS ED F & SUSAN L
PO BOX 1919
CRESCENT CITY CA 95531

THE ABOVE DESCRIBED PROPERTY MAY NOT COMPLY WITH SHASTA COUNTY CODE SECTION(S) BECAUSE:

| | |
|---|---|
| 16.04.150 | BUILDING A STRUCTURE OR MOBILEHOME W/O PERMIT |
| 16.04.160 | HOUSE, SHED & SHACKS W/O REQUIRED PERMITS |
| 12.12.040 | GRADING W/O PERMIT |
| 17.64.020 | JUNKYARD IN U ZONE DISTRICT |
| 17.88.320D(3) | MARIJUANA CULTIVATION W/O LEGAL RESIDENCE OF PRIMARY PLACE OF RESIDENCE |
| 8.52.00 | ILLEGAL CAMPING/SQUATTING – TENT LIVING |
| 8.32.120 | ILLEGAL REFUSE DUMP |
| 17920-17927 | SUBSTANDARD HOUSING – NO PERMITS |
| 8.08.010 | ILLEGAL BURNING, GARBAGE |
| 8.28.010 | PUBLIC NUISANCE |

_____
DALE J. FLETCHER, C.B.O., BUILDING OFFICIAL

This notice is to alert present and future owners of the property that violations of Shasta County Code may exist on the property. No permit or other entitlement for the use of occupancy of this property, or any structure on it, will be issued by Shasta County unless the violation described above is first corrected and a Notice of Compliance has been recorded by the Shasta County Building Division.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Shasta

On this 12th day of January, 2015, before me Roberta L Klein, Notary Public, personally appeared DALE J. FLETCHER, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____ Seal)



ROBERTA L. KLEIN
COMM. NO. 2073831
NOTARY PUBLIC - CALIFORNIA
SHASTA COUNTY
MY COMMISSION EXPIRES
JULY 6, 2018



This is a true certified copy of the record if it bears the embossed seal, imprinted in purple ink, of the County Assessor-Recorder.

*Leslie Morgan*     DEC 2 3 2019
_____
                                    Date
Leslie Morgan, Assessor-Recorder
Shasta County, California

**EXHIBIT B**

RECORDED AT THE REQUEST OF:

Foreclosure Specialists, a General Partnership

Mail tax statements and
WHEN RECORDED MAIL TO:

Ed F. Edwards
Susan L. Edwards
P.O.Box
Crescent City, CA 95531

```
2019-0002040
            Recorded        | REC FEE          20.00
       Official Records     |
            County of       | CONFORMED COPY    0.00
             Shasta         | HOUSING FEE      75.00
          Leslie Morgan     |
        Assessor-Recorder   |
                            | JW
     01:44PM 24-Jan-2019    | Page 1 of 3
```

TS #   18-2574
APN # 019-390-063

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
  (1) The grantee herein was the foreclosing beneficiary.
  (2) The amount of the unpaid debt together with costs was.................................. $89,723.14
  (3) The amount paid by the grantee at the Trustees sale was..................................... $89,723.14
  (4) The documentary transfer tax is................................................................. $0
  (5) Said property is in State of California, County of Shasta, Unincorporated Area

Foreclosure Specialists, a General Partnership, as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to

**Ed F. Edwards and Susan L. Edwards, husband and wife as joint tenants**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of **Trinity**, State of **California** described as follows: See Exhibit "A" attached hereto and made a part hereof for legal description

TRUSTEE STATES THAT: This conveyance is made pursuant to the powers conferred upon said Trustee by that certain Deed of Trust dated **5/19/15** and executed by **Tara Lyn Carreon, a married woman**, as Trustor, and recorded 5/29/15 as Instrument No. **2015-0015264**, of Official Records of **Shasta** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell, which was recorded in the office of the Recorder of said County. All requirements of law regarding the mailing of copies of notices and the posting and publication of copies of the Notice of Sale, which was recorded, have been complied with.

Said property was sold by said Trustee at public auction on **1/9/19** at the place named in the Notice of Sale, in the County of **Shasta**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said Trustee the amount bid, $89,723.14 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

In witness whereof, said Foreclosure Specialists, a General Partnership, as Trustee, has this day caused its name to be hereunto affixed by its Partner thereunto duly authorized by its Articles of Partnership Agreement.

Date: 11/24/19

Foreclosure Specialists, a General Partnership
as Trustee aforesaid

_____
Janelle St. Pierre, Partner

## ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.



SHEENA EILEEN HUNTER
COMM. NO. 2127076
NOTARY PUBLIC - CALIFORNIA
SHASTA COUNTY
MY COMMISSION EXPIRES
SEPTEMBER 18, 2019

State of California,
County of Shasta

On 11/24/19 Before me, Sheena Eileen Hunter, Notary Public personally appeared Janelle St. Pierre who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under Penalty of Perjury under the laws of the State of California that the foregoing paragraph is true and Correct.
WITNESS my Hand and official seal.

Signature _____ (SEAL)

Exhibit "A"

Legal Description

All that certain real property situate in Section 34, Township 36 North, Range 5 West, M.D.B.&M., in the unincorporated territory of the county of Shasta, State of California, described as follows:

All that real property in the West one half of the Northeast one-quarter of said Section 34.

EXCEPTING THEREFROM all that real property lying northerly of the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records.

ALSO EXCEPTING THEREFROM all that portion lying easterly of the Westerly line of Lot 17, Block 17 as shown on that certain "Map of the Town of Delta" recorded on April 12, 1895 in Book of Old Plats at page 56, Shasta County Records, and the northerly extension of said Westerly line to a point on the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records and the southerly extension of the Westerly line of said Lot 17 to a point on the North line of Parcel 1 as described in the Deed to the State of California, recorded December 1, 1972 in Book 1147 of Official Records at page 316, Shasta County Records.

ALSO EXCEPTING THEREFROM all that portion lying southerly of the north line of that certain 20' alleyway within Block 17 and its westerly extension to the West line of the West one half of the Northeast one-quarter of said Section 34.

ALSO EXCEPTING THEREFROM all that portion lying westerly of the northerly extension of the West property line of Lot 2, Block 18 as shown on that certain "Map of the Town of Delta" recorded on April 12, 1895 in Book of Old Plats at page 56, Shasta County Records to a point on the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records.



This is a true certified copy of the record if it bears the embossed seal, imprinted in purple ink, of the County Assessor-Recorder.

DEC 2 6 2019

_____  Date

Leslie Morgan, Assessor-Recorder
Shasta County, California

**EXHIBIT C**

```
                                    2019-0005756
                          Recorded          | REC FEE      20.00
                          Official Records  | TAX          83.60
                          County of         | HF EXPT-DTT PD 0.00
                          Shasta            |
                          Leslie Morgan     |
                          Assessor-Recorder |
                                            | LP
                          02:11PM 05-Mar-2019 | Page 1 of 3
```

RECORDING REQUESTED BY:
Ed F. Edwards

AND WHEN RECORDED MAIL, THIS DEED
AND, UNLESS OTHERWISE SHOWN
BELOW, MAIL TAX STATEMENTS TO:

Britany Lynn Dickerson
Care Of: Arlene Dembinski

Mount Shasta, CA 96067

Space Above This Line For Recorder's Use

The undersigned Grantor declares:
City Transfer Tax: $
Documentary Transfer Tax: $ 83.60
[X] COMPUTED ON FULL VALUE OF PROPERTY CONVEYED
[ ] OR COMPUTED ON FULL VALUE LESS LIENS AND ENCUMBRANCES REMAINING AT TIME OF SALE.
THE UNDERSIGNED HEREBY DECLARES
Signature of Declarant or Agent determining tax:   Firm Name

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Ed F. Edwards and Susan L. Edwards, husband and wife as joint tennants

hereby GRANT(S) to  Britany Lynn Dickerson, an unmarried woman

the following described real property in the  unincorporated area of the  , County
of  Shasta  , State of California:

LEGAL  SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR LEGAL DESCRIPTION

Parcel Number:  019-390-063

_____                _____
Ed F. Edwards                          Susan L. Edwards

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SHASTA )

On MARCH 5, 2019 before me, D. BURNS NOTARY PUBLIC
(insert name and title of the officer)

personally appeared ED F. EDWARDS AND SUSAN L. EDWARDS, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

D. BURNS
Commission # 2118745
Notary Public - California
Shasta County
My Comm. Expires Aug 5, 2019

Signature _D. Burns_ (Seal)

Exhibit "A"

Legal Description

All that certain real property situate in Section 34, Township 36 North, Range 5 West, M.D.B.&M., in the unincorporated territory of the county of Shasta, State of California, described as follows:

All that real property in the West one half of the Northeast one-quarter of said Section 34.

EXCEPTING THEREFROM all that real property lying northerly of the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records.

ALSO EXCEPTING THEREFROM all that portion lying easterly of the Westerly line of Lot 17, Block 17 as shown on that certain "Map of the Town of Delta" recorded on April 12, 1895 in Book of Old Plats at page 56, Shasta County Records, and the northerly extension of said Westerly line to a point on the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records and the southerly extension of the Westerly line of said Lot 17 to a point on the North line of Parcel 1 as described in the Deed to the State of California, recorded December 1, 1972 in Book 1147 of Official Records at page 316, Shasta County Records.

ALSO EXCEPTING THEREFROM all that portion lying southerly of the north line of that certain 20' alleyway within Block 17 and its westerly extension to the West line of the West one half of the Northeast one-quarter of said Section 34.

ALSO EXCEPTING THEREFROM all that portion lying westerly of the northerly extension of the West property line of Lot 2, Block 18 as shown on that certain "Map of the Town of Delta" recorded on April 12, 1895 in Book of Old Plats at page 56, Shasta County Records to a point on the Southern right of way line of Delta School Road as described in the deed to the County of Shasta, recorded February 7, 1955 in Book 449 of Official Records at page 595, Shasta County Records.



This is a true certified copy of the record if it bears the embossed seal, imprinted in purple ink, of the County Assessor-Recorder.

DEC 2 6 2019

_____ Date
Leslie Morgan, Assessor-Recorder
Shasta County, California