UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA LYN CARREON,<br><br>　　　　Plaintiff,<br>　vs.<br><br>ED F. EDWARDS AND SUSAN L. EDWARDS, JANELLE ST. PIERRE, et al.,<br><br>　　　　Defendants. | Case No. 2:19--cv-01879-TLN-JDP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT JANELLE ST. PIERRE<br><br>Date: July 13, 2023<br>Time: 2:00 pm.<br>Courtroom: # 2, 15th Floor |

　　　　Plaintiff's Motion for Judgment on the Pleadings on the Third Claim for Relief (the "Motion" Docket # 41) came on regularly for hearing on July 13, 2023 at 2:00 p.m., Charles Carreon appearing for plaintiff, and Janelle St. Pierre ("St. Pierre") appearing *pro se*.

　　　　The Court finds that the pleadings establish that St. Pierre, being the trustee of Plaintiff's Property, embezzled the same and sold it to the Edwards defendants on January 9, 2019, in a sale of which Plaintiff was deprived of notice. St. Pierre knowingly deprived Plaintiff of the notice required by law, and due under the trust deed, by sending the Notice of Trustee's Sale to the expired address where St. Pierre had determined Plaintiff did not reside. This conduct would be sufficient to establish guilt for embezzlement in a criminal prosecution in the State of California.

　　　　Accordingly, Plaintiff is entitled to judgment on the pleadings on her private right of action for civil theft under Cal. Penal Code § 496(c), and the Motion is GRANTED.

1 | The damages suffered by Plaintiff due to the loss of her real property are properly quantified as the sale price to the Edwards defendants, as established by the Trustee's Deed of Sale in the amount of $89,723.14.  Pursuant to Cal. Penal Code § 496(c), the Court finds trebling to be appropriate.  Accordingly, plaintiff Tara Lyn Carreon shall take judgment against Janelle St. Pierre in the amount of $269,169.42.

Pursuant to Cal. Penal Code § 496(c), Plaintiff is entitled to an award of fees for the costs of prosecuting this action.  Pursuant to F.R.Civ.P. 54(d), Plaintiff shall file a motion for attorney fees within fourteen days of the entry of this Order.

Dated:  July__, 2023

_____
Hon. Troy L. Nunley
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney at Law,
Attorney for Plaintiff  Tara Lyn Carreon
7 N. Ridge Crest
Silver City, New Mexico 88061
Tel:  928-975-2191
Email: chascarreon@gmail.com