CHARLES CARREON (127139)
7 N. Ridge Crest
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com
Attorney for Plaintiff Tara Lyn Carreon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TARA LYN CARREON,

        Plaintiff,

  vs.

ED F. EDWARDS AND SUSAN L. EDWARDS,

        Defendant.

Case No. 2:19-cv-01879-TLN-JDP

**PROOF OF SERVICE**

## DECLARATION OF CHARLES CARREON

Charles Carreon declares and affirms:

1. I am an attorney licensed to practice law before all State and Federal Courts in the State of California and not a party to this action.

2. On June 12, 2023, I served *pro se* defendant Janelle St. Pierre, with the following documents:

   i. Motion for Judgment on the Pleadings on the Third Claim for Relief Against Defendant Janelle St. Pierre

   ii. Declaration of Charles Carreon in Support of Request for Judicial Notice in Support of the Motion for Judgment on the Pleadings

   iii. [Proposed] Order Granting Motion for Judgment on the Pleadings

3. I made service upon the said party by placing the above-described documents in a

/ / /

Sealed envelope, postage fully prepaid, in a United States Postal Service Mail receptacle, addressed to the party's address of record in this action, to wit:

    Janelle St. Pierre
    P.O. Box 994465
    Redding, CA 96099

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct under the law of the United States of America, and that this declaration was signed on June 12, 2023, at Silver City, New Mexico 88061.

    /s/Charles Carreon
    Charles Carreon, Declarant