# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| TARA LYN CARREON<br>Plaintiff (s),<br>V.<br>ED F. EDWARDS, SUSAN EDWARDS;<br>JANELLE ST. PIERRE<br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: __2:19-cv-01879-TLN-__ |

Notice is hereby given that, subject to approval by the court, __Defendant JANELLE ST. PIERRE__ substitutes
(Party (s) Name)

__MARK E. ELLIS, ELLIS LAW GROUP, LLP__ , State Bar No. __127159__ as counsel of record in place
(Name of New Attorney)

place of __JANELLE ST. PIERRE, *pro per*__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: ELLIS LAW GROUP, LLP

Address: 1425 River Park Drive, Suite 400, Sacramento, CA 95815

Telephone: 916-283-8820     Facsimile 916-283-8821

E-Mail (Optional): mellis@ellislawgrp.com

I consent to the above substitution.                                       JANELLE ST. PIERRE

Date: July 1, 2023                                                                       *(signature)*
                                                                                                (Signature of Party (s))

I consent to being substituted.                                             JANELLE ST. PIERRE

Date: July 1, 2023                                                                       *(signature)*
                                                                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 1, 2023                                                                       *(signature)*
                                                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                  _____
                                                                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**