UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA LYN CARREON,<br><br>        Plaintiff,<br>    vs.<br><br>ED F. EDWARDS AND SUSAN L. EDWARDS, JANELLE ST. PIERRE, et al.,<br><br>        Defendants. | Case No. 2:19--cv-01879-TLN-JDP<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO FILE JOINT NOTICE OF TRIAL READINESS |

Plaintiff's motion for an extension of time of two weeks to accommodate the schedule of incoming counsel is GRANTED.  The deadline set in Minute Order Dkt. # 66 is amended to extend the time for filing the Joint Notice of Trial Readiness from July 7, 2025, until July 21, 2025.  IT IS SO ORDERED.

Dated:  June 27, 2025

_____
Troy L. Nunley
Chief United States District Judge