# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

| | |
|---|---|
| Tara Lyn Carreon<br>Plaintiff(s),<br>V.<br>Ed Edwards et al.<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:19-cv-1879-TLN-JDP |

Notice is hereby given that, subject to approval by the court, __Plaintifff Tara Lyn Carreon__ substitutes
(Party (s) Name)

__John Sullivan__, State Bar No. __204648__ as counsel of record in
(Name of New Attorney)

place of __Charles Carreon__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       John Sullivan, Attorney at Law
Address:         17532 Miranda Street Encino California 91316
Telephone:       (818) 769-7236           Facsimile  (818) 301-2175
E-Mail (Optional): sullivan.john84@gmail.com

I consent to the above substitution.
Date:  7/4/2025

_Tara Lyn Carreon_
**Tara Lyn Carreon**
(Signature of Party (s))

I consent to being substituted.
Date:  7/4/2025

_/s/ CMC_
**Charles Carreon**
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:  7/4/2025

_/s/_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  July 8, 2025

_/s/_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]