JOHN W. SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com
Attorney for Plaintiff  Tara Lyn Carreon

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA LYN CARREON,<br><br>           Plaintiff,<br>     vs.<br><br>ED F. EDWARDS AND SUSAN L. EDWARDS, JANELLE ST. PIERRE, et al.<br><br>           Defendants. | Case No. 2: 19-CV-01879-TLN-JDP<br><br>**JOINT NOTICE OF TRIAL READINESS**<br><br>Courtroom: # 2, 15th Floor |

Pursuant to the Court's Minute Order of June 6, 2025 (Dkt. # 66) the parties hereby submit this Joint Notice of Trial Readiness:

1. Dispositive Motions.  Defendant St. Pierre will move for summary judgment, in which case, Plaintiff may move to file a cross-motion for summary judgment. No further dispositive motions are contemplated.

2. Request for Special Procedures.  The parties do not currently request any special procedures such as phased proof, bifurcation of issues, or referral to a magistrate judge.

3. Estimated Length of Trial.  The parties estimate the total trial length will be three (3) court days.

4. Bench Trial.  All parties will waive their right to jury trial.

5. Time Estimate per Party.  Plaintiff anticipates requiring two court days.  Defendants anticipate requiring one court day.

6. Counsel and Witness Availability.  All counsel are available from February 1 – 14, 2026 and the full month of April, 2026.  Essential witnesses are generally available subject to health concerns and unforeseen matters.

7. Settlement Conference.  The parties are amenable to a settlement conference before a Magistrate Judge.

Dated:  July 18, 2025                         JOHN W. SULLIVAN

/s/John W. Sullivan
John W. Sullivan (204648)
Attorney for Plaintiff
Tara Lyn Carreon

Dated:  July 18, 2025                         Charles Carreon

/s/Charles Carreon
Charles Carreon (127139)
Attorney for Plaintiff
Tara Lyn Carreon

Dated:  July 18, 2025                         SWANSON LAW OFFICE

/s/Mark Norcross
Mark Norcross (130345)
Swanson Law Office
Attorneys for Defendants
Ed F. Edwards and Susan L. Edwards

Dated:  June 18, 2025                         ELLIS LAW GROUP, LLP

/s/Mark Ellis
Mark Ellis (127159)
Ellis Law Group, LLP
Attorney for Defendant
Janelle St. Pierre